E-FILED 06/29/11

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBAND, Inc., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>The 8020 Corporation, a California corporation, Brendan Bakir (aka Brendan Baker), an individual, B. Sargent, an individuals, and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | No. CV10-6959 PSG (AGRx)<br><br>**[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANT THE 8020 CORPORATION** |

*286,680,516v4 OC*

This matter having come before the Court on the Stipulation for Entry of Final Judgment executed by Plaintiff OBAND, Inc.'s ("OBAND") and Defendant The 8020 Corporation ("8020"), the Court being fully advised, it is **HEREBY ORDERED** that:

(1) A Final Judgment is hereby entered in favor of OBAND, Inc. and against 8020 on all counts;

(2) Within seven (7) days of receiving a copy of this Order, Network Solutions, Inc. or any other registrar shall change the name of the registrant for the domain name <oband.com> to the name of OBAND, Inc., a California corporation;

(3) Beginning on June 10, 2011, 8020 and its respective agents, representatives, servants, employees, attorneys, officers, directors, shareholders, licensees, affiliates, joint venturers, parents, subsidiaries, related corporations and all others in privity or acting in concert with them are permanently enjoined from:

    a. Using (including in metadata), linking to, transferring, selling, exercising control over, or otherwise owning the domain name <oband.com> or any other domain name or trademark or service mark that incorporates, in whole or in part, any of OBAND, Inc.'s marks, including its OBAND mark that incorporates any mark or word that is confusingly similar to OBAND, Inc.'s marks;

    b. Using false representations or descriptions in commerce or using false designations of origin that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of 8020 with OBAND, Inc., or as to the origin, sponsorship, or approval of the services by OBAND, Inc.; and

286,680,516v4 OC

c. Otherwise infringing OBAND, Inc.'s marks, including but not limited to its OBAND mark.

(4) Per agreement between OBAND, Inc. and 8020, no monetary damages are awarded in favor of OBAND, Inc. as a result of this Final Judgment; and

(5) The Court shall and hereby does retain jurisdiction over this matter and the Parties identified herein to enforce the terms of this Final Judgment.

DATED: 06/30/11   **PHILIP S. GUTIERREZ**

United States District Judge